IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KAMAU PHILLIPS,**<br><br>   Plaintiff,<br><br>v.<br><br>**RSM US LLP,**<br><br>   Defendant. | Case No. 1:22-cv-06724<br><br>Honorable Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey I. Cummings |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant RSM US LLP, by its attorneys, and Plaintiff Kamau Phillips, by his attorney, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without an award of attorneys' fees and costs.

Dated: May 25, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **RSM US LLP** | **KAMAU PHILLIPS** |
| */s/ Daniel Y. Kim* | */s/ Nathan Volheim* (with consent) |
| One of its Attorneys | One of his Attorneys |
| Marissa R. Ingley<br>Daniel Y. Kim<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>312.372.5520<br>*mingley@litter.com*<br>*dkim@littler.com* | Nathan Volheim<br>Alexander J. Taylor<br>THE SULAIMAN LAW GROUP<br>2500 South Highland Avenue, Suite 200<br>Lombard, IL 60148<br>331.272.1942<br>*nvolheim@sulaimanlaw.com*<br>*ataylor@sulaimanlaw.com* |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on May 25, 2023, he caused a true and correct copy of the foregoing *Stipulation of Dismissal With Prejudice* to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the below counsel of record:

Alexander J. Taylor<br>
Nathan Volheim<br>
THE SULAIMAN LAW GROUP<br>
2500 S. Highland Ave., Suite 200<br>
Lombard, IL 60148<br>
(630) 575-8188<br>
ataylor@sulaimanlaw.com<br>
nvolheim@sulaimanlaw.com

/s/ *Daniel Y. Kim*
One of Defendant's Attorneys